Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of music boxes similar in all material respects to those the subject of *Thorens Co.* v. *United States* (15 Cust. Ct. 165, C. D. 965), the claim of the plaintiff was sustained.

**No. 52524.**—William H. Emig et al. v. United States, protests 104845-K, etc. (New York).

Opinion by MOLLISON, J.   It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

**No. 52525.**—Geo. S. Bush & Co., Inc. v. United States, protests 127386-K and 127387-K (Seattle).

Opinion by MOLLISON, J.   It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

**No. 52526.**—Kohn Bros. et al. v. United States, protests 129283-K, etc. (San Francisco).

Opinion by MOLLISON, J.   It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

**No. 52527.**—S. G. Leoffler v. United States, protest 136864-K (Baltimore).

Opinion by MOLLISON, J.   It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

**No. 52528.**—Joseph Ullman Fur Brokerage Corp. v. United States, protest 137527-K (Seattle).

Opinion by MOLLISON, J. It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

**No. 52529.**—Geo. S. Bush & Co., Inc. *v.* United States, protest 122258–K (Seattle).

Opinion by MOLLISON, J. When the case was called for trial counsel for the plaintiff stated that it was impracticable to present evidence from which the importer could validly argue the claim for free entry because of the impossibility of obtaining evidence as to the exact character of the merchandise in question. An examination of the official papers failing to disclose anything which would warrant disturbing the action of the collector, which was presumptively correct, the protest was overruled.

**No. 52530.**—Bert L. Schoonmaker *v.* United States, protest 122763–K (Cleveland).

Opinion by MOLLISON, J. An examination of the official papers failing to disclose anything which would warrant disturbing the action of the collector, the protest was overruled.

AUGUST 30, 1948

**No. 52531.**—Henry Pollack, Inc. *v.* United States, protests 132763–K, 135721–K, and 137276–K. (Initial No. 134288–K.) Plaintiff's application for rehearing granted.

BEFORE THE FIRST DIVISION, SEPTEMBER 10, 1948

**No. 52532.**—Parke, Davis & Company *v.* United States, protest 133688–K (Detroit).

Opinion by COLE, J. It was stipulated that the curare was not advanced in value or condition beyond that essential to proper packing and prevention of decay or deterioration pending manufacture. The claim for free entry under paragraph 1669 was therefore sustained.

**No. 52533.**—Comimex, Inc., et al. *v.* United States, protests 67429–K, etc. (New York).